1

2

3

4

5

6

Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
GREGORY ALLAN YOUNG

7

8

9

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| GREGORY ALLAN YOUNG | ) | Case No.: 2:14-cv-02585-EFB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY |
| v. | ) ) | JUDGMENT AND/OR REMAND AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | ) ) ) | (FIRST REQUEST) |
| Defendant. | ) ) ) | |
| | ) | |

18

19

20

21

22

23

24

25

26

        Plaintiff Gregory Allan Young and Defendant Carolyn W. Colvin, Acting

Commissioner of Social Security, through their undersigned attorneys, stipulate,

subject to this court's approval, to extend the time by 46 days from April 16, 2015

to June 1, 2015 for Plaintiff to file ~~an Opening Brief~~ his motion for summary

judgment and/or remand, with all other dates in the Court's Order Concerning

Review Of Social Security Cases extended accordingly. This is Plaintiff's first

request for an extension. This request is made at the request

/////

1   of Plaintiff's counsel to allow additional time to fully research the issues presented.

2   DATE: April 13, 2015                Respectfully submitted,

3                                       LAWRENCE D. ROHLFING

4                                       /s/ *Brian C. Shapiro*

5                           BY: _____
                                        Brian C. Shapiro
6                                       Attorney for plaintiff Mr. Gregory Allan Young

7

8   DATE:  April 13, 2015

9                                       Benjamin Wagner
                                        United States Attorney
10
                                        /s/ *Jean M. Turk*
11                          BY: _____
                                        Jean M. Turk
12                                      Special Assistant United States Attorney
                                        Attorneys for defendant Carolyn W. Colvin
13                                      |*authorized by e-mail|

14
    IT IS SO ORDERED.
15
    DATED:  April 20, 2015.
16
                                        EDMUND F. BRENNAN
17                                       UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

-2-