Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
GREGORY ALLAN YOUNG

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ALLAN YOUNG<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 2:14-cv-02585-EFB<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND/OR REMAND AND ORDER<br><br>(SECOND REQUEST) |

Plaintiff Gregory Allan Young and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from June 1, 2015 to July 1, 2015 for Plaintiff to file motion for summary judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel due to pending family commitments and to allow additional time to fully research the issues presented.

1 | DATE: May 27, 2015         Respectfully submitted,

2 |                                         LAWRENCE D. ROHLFING

3 |                                         /s/ *Brian C. Shapiro*

4 |                            BY: _____
   |                                 Brian C. Shapiro
5 |                                 Attorney for plaintiff Mr. Gregory Allan Young

6 |

7 | DATE:  May 27, 2015
   |                                 Benjamin Wagner
8 |                                 United States Attorney

9 |                                         /s/ *Jean M. Turk*

10 |                           BY: _____
    |                                Jean M. Turk
11 |                                Special Assistant United States Attorney
    |                                Attorneys for defendant Carolyn W. Colvin
12 |                                |*authorized by e-mail| by Timothy Bolin)

13 | So Ordered.

14 |

15 | DATED:  June 1, 2015.
    |                                         _____
16 |                                         EDMUND F. BRENNAN
    |                                         UNITED STATES MAGISTRATE JUDGE
17 |

-2-